JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE CHAVEZ and MIGUEL R. LUNA, SR., | Case No. 5:21-cv-01542-PA-AFM |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| COUNTY COUNSEL, DEPARTMENTOF HUMAN SERVICES SYSTEM/CHILDREN AND FAMILY SERVICES (CFS), | |
| Defendants. | |

IT IS ORDERED AND ADJUDGED that the Complaint is dismissed without prejudice for lack of subject matter jurisdiction.

DATED:  September 22, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE